**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-6027**

RICKY A. WALKER,

Petitioner - Appellant,

versus

JAMES V. PEGUESE, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-02-3863-AMD)

Submitted: February 20, 2003    Decided: February 28, 2003

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ricky A. Walker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ricky A. Walker appeals the district court's order denying his petition, which the district court construed as a petition for a writ of mandamus and a habeas corpus petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss for the reasons stated by the district court. Walker v. Pequese, No. CA-02-3863-AMD (D. Md. filed Dec. 6, 2002 & entered Dec. 9, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2